**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2512**

---

FRANK VEGA,

   Plaintiff - Appellant,

  v.

AMURCON REALTY COMPANY,

   Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, Senior District Judge.  (6:24-cv-00020-NKM-CKM)

---

Submitted:  July 23, 2026       Decided:  July 27, 2026

---

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Frank Vega, Appellant Pro Se.  Lilias M. Gordon, O'HAGAN MEYER PLLC, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Vega appeals the district court's order granting Defendant summary judgment on Vega's discrimination, retaliation, and wrongful termination claims, brought pursuant to the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Vega v. Amurcon Realty Co.*, No. 6:24-cv-00020-NKM-CKM (W.D. Va. Nov. 20, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*